UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY SERRANO; ARNOLDO PAREDES; and JORGE DIAZ; on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>-against-<br><br>C.R. LANDSCAPING AND TREE SERVICE CORP.; C R TREE & LAWN SERVICE CORP. and CANDELARIO RIVERA,<br><br>*Defendants*. | Action No. 20-cv-04372-GRB-ST<br><br><u>NOTICE OF MOTION</u> |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Mohammed Gangat, Esq. dated September 13, 2024; Affidavits of Plaintiff Jimmy Serrano, sworn to April 6, 2022, and June 27, 2023; Affidavit of Plaintiff Jose Arnoldo Paredes Mancilla, sworn to September 5, 2024; Affidavits of Plaintiff Jorge Diaz, sworn to April 6, 2022, and June 27, 2023; together with all the exhibits annexed thereto, and all other pleadings and proceedings herein, Plaintiffs Jimmy Serrano; Jose Arnoldo Paredes Mancilla; and Jorge Diza will respectfully move this Court on a date to be set by the Court, in the United States District Court Eastern District of New York or by phone if directed by the Court, for the following relief: a default judgment against Defendants C.R. LANDSCAPING AND TREE SERVICE CORP.; C R TREE & LAWN SERVICE CORP. and CANDELARIO RIVERA, pursuant to Rule 55(b) and award Plaintiffs Judgment in the amounts of: (1) for Plaintiff Jimmy Serrano, **$113,881.95** in unpaid wages pursuant to the FLSA and NYLL, **$113,881.95** in liquidated damages pursuant to the FLSA, pre-judgment interest at the statutory rate of 9% per annum ($28.08 per day) on the unpaid wages starting from August 1, 2018 to the date a monetary judgment is awarded, and

statutory damages under the NYLL for wage notice violations, and wage statement violations in the amount of $10,000.00; (2) for Plaintiff Jose Arnoldo Paredes Mancilla, **$63,555.15** in unpaid wages pursuant to the FLSA and NYLL, **$63,555.15** in liquidated damages pursuant to the FLSA, pre-judgment interest at the statutory rate of 9% per annum ($15.67 per day) on the unpaid wages starting from April 1, 2019 to the date a monetary judgment is awarded, and statutory damages under the NYLL for wage notice violations, and wage statement violations in the amount of $10,000.00; (3) for Plaintiff Jorge Diaz, **$95,038.80** in unpaid wages pursuant to the FLSA and NYLL, and **$95,038.80** in liquidated damages pursuant to the FLSA, pre-judgment interest at the statutory rate of 9% per annum ($23.43 per day) on the unpaid wages starting from February 14, 2019 to the date a monetary judgment is awarded, and statutory damages under the NYLL for wage notice violations, and wage statement violations in the amount of $10,000.00; (4) post judgment interest; (5) attorneys' fees in the amount of $45,100.00, and reimbursement of expenses in the amount of $582.00; and (6) award Plaintiffs such other and further relief as the Court deems just and proper.

Dated: September 13, 2024
       New York, NY

_[signature]_
_____
MOHAMMED GANGAT, ESQ.
675 Third Avenue, Suite 1810
New York, NY 10017
(718) 669-0714
*Attorneys for Plaintiffs*