UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JIMMY SERRANO, ARNOLDO PAREDES, and JORGE DIAZ, on behalf of themselves and others similarly situated,

                              *Plaintiffs*,

-against-

C.R. LANDSCAPING AND TREE SERVICE CORP., C.R. TREE & LAWN SERVICE CORP., AND CANDELARIO RIVERA,

                              *Defendants*.

Case No. 2:20-cv-04372-NRM-LGD

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK      )
                               ) ss:
COUNTY OF NEW YORK  )

AMINA ASLAM, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. On October 15, 2024, I served Plaintiffs Motion For Default Judgment , upon defendants C.R Landscaping and Tree Service Corp., C.R. Tree & Lawn Service Corp.; and Candelario Rivera by:

    a. placing the same in an envelope with sufficient postage for delivery via First-Class Overnight Mail and depositing with the United States Postal Service, to the following addresses:

        i. C.R. Landscaping and Tree Service Corp.: 28 Catlin Avenue, Roosevelt, NY 11575.

        ii. CR Tree & Lawn Service Corp.: 2A Denton Place, Roosevelt, NY 11575.

        iii. Candelario Rivera: 28 Catlin Avenue, Roosevelt, NY 11575.

    b. by email to: info@crtreeservice.com.

and upon attorney Kevin Johnson as follows:

    a. First-Class Overnight Mail at 1 Linden Place, Suite 207, Great Neck, NY 11021.

    b. by email to kjohnson@hamralawgroup.com; kjohnson@jlitlaw.com; legal@jlitlaw.com; and tvaswani@jlitlaw.com.

Sworn to before me this
15 day of October 2024

_____
MOHAMMED GANGAT
NOTARY PUBLIC

_____
AMINA ASLAM

Mohammed Ahmed Gangat
Notary Public, State of New York
Reg. No. 02GA6348633
Qualified in Nassau County
Commission Expires 10/09/2024

2