UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **October 27, 2025** |
| **TIME:** | **2:00PM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **20-CV-4372 (NRM)(LGD)** |
| **NAME OF CASE(S):** | Serrano, et al., v. C.R. Landscaping and Tree Service Corp., et al. |
| **FOR PLAINTIFF(S):** | Mohammed Gangat |
| **FOR DEFENDANT(S):** | Jason Mizrahi |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the parties shall submit by **11/10/2025** either: (1) a Magistrate Judge Consent Form for consideration of settlement approval (DE [123]) executed by all parties, or (2) should the parties not jointly consent to the jurisdiction of the undersigned, a joint status report indicating as such by that date. If any of the parties do not consent, the joint status report should not indicate which parties have given or withheld consent. Either party may withhold its consent without adverse substantive consequences.

<div align="right">

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge

</div>